UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 25-0005-03 |
| VERSUS | JUDGE DONALD E. WALTER |
| RHONDA BRAZIEL | MAGISTRATE JUDGE HORNSBY |

## MEMORANDUM ORDER

Before the Court is a pro se letter motion filed by the defendant, Rhonda Braziel ("Braziel"), seeking to modify the sentence that was imposed on December 10, 2025. See Record Document 123. Braziel is represented by counsel both in this Court and in the appellate court and, thus, she does not have the right to file pro se motions. See United States v. Jones, 842 F. App'x 878, 883 (5th Cir. 2021) ("When a defendant is represented by counsel, he or she does not have the right to file pro se motions."). Braziel should convey any and all concerns to her counsel and she should file all motions through her counsel.

Additionally, this Court lacks jurisdiction to address any motions, as a notice of appeal has been filed. See United States v. Lucero, 755 F. App'x 384, 386 (5th Cir. 2018) ("The general rule is that a case can exist only in one court at a time, and a notice of appeal permanently transfers the case to [the appellate court] until [that court] send[s] it back."). Accordingly, and after due consideration,

**IT IS ORDERED** that Braziel's motion (Record Document 123) is **DENIED AND STRIKEN FROM THE RECORD**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 21st day of January, 2026.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE